# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146720 & (80)(81)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

                                      SC: 146720
                                      COA: 306057
                                      Oakland CC: 2011-236030-FC

COREY LAMONT FENDERSON,
          Defendant-Appellant.

_____/

       On order of the Court, the motion to expand the record on appeal is DENIED. The application for leave to appeal the December 27, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



s0722

                                       Clerk